IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 15-20014-01-JAR-DJW |
| | ) |
| CHRISTOPHER A. PRYOR, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 20, 2014, in the District of Kansas, the defendant,

**CHRISTOPHER A. PRYOR,**

having been convicted in 2009, case number 08CR1321, of Burglary & Felony Criminal Damage to Property, in the District Court of Saline County, Kansas; and, in 2013, case number 12CR1166, of Felony Theft, in the District Court of Johnson County, Kansas; crimes punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .380 caliber Cobra pistol, serial number FS013517, and ammunition, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about December 20, 2014, in the District of Kansas, the defendant,

**CHRISTOPHER A. PRYOR,**

who was an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm which had been shipped and transported in interstate and foreign commerce, namely, a .380 caliber Cobra pistol, serial number FS013517, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 & 2 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense identified in Counts 1 & 2, the defendant,

**CHRISTOPHER A. PRYOR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a .380 caliber Cobra pistol, serial number FS013517, and ammunition, seized by law enforcement, in the District of Kansas, on December 20, 2014.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

DATED: February 19, 2015                *s/ Foreperson*
                                         FOREPERSON OF THE GRAND JURY


*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

3

**PENALTIES:**

**Counts 1 & 2:**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment; and,
- Forfeiture Allegation.

.