AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Kansas

United States of America
v.
CHRISTOPHER A. PRYOR

*28092-031*

Case No. 15-20014 JAR

Defendant

**F I L E D**

**JUN 20 2016**

TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER A. PRYOR
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a firearm and ammunition

Date: 02/23/2015

*Issuing officer's signature*

City and state: Kansas City, Kansas

Timothy O'Brien, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/15/16, and the person was arrested on *(date)* 6/15/16
at *(city and state)* Gardner, KS

Date: 6/15/16

*Arresting officer's signature*

Kyle Lovelady ATF SA
*Printed name and title*