Prob 12B (7/93)
(D/KS 05/18)

PACTS# 1229981

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: **Christopher A. Pryor**          Case Number: **1083 2:15CR20014-001**

Sentencing Judicial Officer:  Honorable Julie A. Robinson, Chief U.S. District Judge

Date of Original Sentence:  03/20/2017

Original Offense:   Felon In Possession Of A Firearm (a Class C Felony) 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2).

Original Sentence:  34 Months Prison, 36 Months Supervised Release

Type of Supervision: TSR                     Date Supervision Commenced:  05/31/2018

---

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

**You must reside in a residential reentry center for a term of up to 120 days, in the community corrections component, and allowing for work release. You must comply with the policies and procedures of the residential reentry center.**

## CAUSE

On 09/07/2018, Mr. Pryor tested positive for marijuana, this sample was confirmed positive. Mr. Pryor has missed multiple scheduled home contacts since starting supervision. Mr. Pryor has not provided proof of employment since the start of supervision, although he has claimed to be employed through a temp agency and Burger King.

On 11/02/2018, Mr. Pryor was arrested by the Topeka Police Department, report # 2018-110499, for misdemeanor theft, criminal trespass, battery against LEO, and interference with law enforcement. Mr. Pryor was not honest with this probation officer when questioned about his police contact. This case is still pending and Mr. Pryor has a court date of 12/05/2018. During a home contact on 11/07/18, Mr. Pryor advised that his girlfriend was at his home. He was previously advised he was not to have contact with her due to her being a convicted felon and him not being in compliance with supervision.

Prob  12B -2-
*Name of Offender:  Christopher A. Pryor*   *Case Number:  1083 2:15CR20014-001*

Mr. Pryor will be referred to a Residential Reentry Center. This placement will give him the opportunity to make positive changes and hopefully be successful on supervision The offender was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the offender elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

*If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.*

Respectfully submitted,

by

Approved:

Katie Busenbark
U.S. Probation Officer
Date:  11/08/2018

Melissa L. Goldsmith, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

s/Julie A. Robinson
Signature of Judicial Officer
11/14/2018
Date