AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES MARSHALS 2019
RECEIVED APR 15 2019
2019 JAN -7 AM 10: 41
TIMOTHY M. O'BRIEN CLERK
CA Deputy

## UNITED STATES DISTRICT COURT
for the
District of Kansas

KANSAS CITY, KS

United States of America
v.
CHRISTOPHER A. PRYOR   )
   )   Case No.   2:15CR20014-001
   )
   )
   )
28092-031   )
_Defendant_

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   CHRISTOPHER A. PRYOR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of release.

Date:   01/04/2019

_Issuing officer's signature_

City and state:   Kansas City, KS

Timothy M. O'Brien, Clerk of Court
_Printed name and title_

### Return

This warrant was received on _(date)_ 2-5-19, and the person was arrested on _(date)_ 4-15-19
at _(city and state)_ Kansas City, KS.

Date:   4-15-19

_Arresting officer's signature_

Joran Archuleta   DUSM
_Printed name and title_