## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        *Plaintiff,*

v.                                              Case No. 15CR20014-JAR

**CHRISTOPHER PRYOR,**
        *Defendant.*

_____

## ORDER
_____

On July 15, 2019, Christopher Pryor appeared in court for a final revocation hearing. The court was informed that Mr. Pryor completed a RADAC evaluation and he was recommended for inpatient treatment. Mr. Pryor was placed on the waitlist for a bed. The probation office has been notified that there is a bed available for Mr. Pryor at Mirror Inc., located at 6723 State Ave., Kansas City, Kansas on September 9, 2019, at 1 PM.

Therefore, IT IS ORDERED that Christopher Pryor be released from custody on September 9, 2019 by 11 AM.

Dated: August 23, 2019

                    S/ Julie A. Robinson
                    JULIE A. ROBINSON
                    CHIEF UNITED STATES DISTRICT JUDGE