By _____
TIMOTHY M. O'BRIEN CLERK
Deputy

NOV 0 4 2020

AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

F I L E D
SEALED

**UNITED STATES MARSHAL**
**RECEIVED**

AUG 1 8 2020
1011R
**KANSAS CITY, KS**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   15-20014 |
| Christopher A. Pryor | ) | |
| | ) | |
| 28092-031 | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher A. Pryor                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint
❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:
   Violation of conditions of supervised release.

Date:      08/17/2020                                                    _____
                                                                                          *Issuing officer's signature*

City and state:    Kansas City, Kansas                                   Timothy M. O'Brien, Clerk
                                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8-18-20 , and the person was arrested on *(date)* 8-3-20 at *(city and state)* Platte City, MO . |
| Date:  8-3-20                                             _____   *Arresting officer's signature*   DUSM David Dane   *Printed name and title* |