AO 245D     (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case for Revocations
            Sheet 1

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Christopher A Pryor | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  2:15CR20014 - 001<br>USM Number:  28092-031<br>Defendant's Attorney:  Che Ramsey |

**THE DEFENDANT:**

☒   admitted guilt to violation of condition(s) <u>standard, mandatory and special</u> of the term of supervision.
☒   was found in violation of condition(s) <u>mandatory</u> after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| *See Next Page* | | |

     The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

     IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  4326 | 11/23/2020<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:  1987 | |
| City and State of Defendant's Residence:<br>Pomona, KS | s/Julie A. Robinson<br>Signature of Judge |
| | Honorable Julie A. Robinson, Chief U.S. District Judge<br>Name & Title of Judge |
| | 11/30/2020<br>Date |

AO 245D    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment – Page **2** of **3**

DEFENDANT:      Christopher A Pryor
CASE NUMBER:    2:15CR20014 - 001

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **Mandatory Condition 2:** You must not unlawfully possess a controlled substance | 09/07/2018 |
| 2 | **Mandatory Condition 3:** You must refrain from any unlawful use of a controlled substance | 09/07/2018 |
| 3 | **Special Condition:**  Failure to complete RRC Placement | 11/20/2018 |
| 4 | **Standard Condition 7:** Failure to Maintain Employment | 05/31/2018 |
| 5 | **Mandatory Condition 2:** You must not unlawfully possess a controlled substance. | 07/26/2020 |
| 6 | **Mandatory Condition 3:** You must refrain from any unlawful use of a controlled substance. | 07/26/2020 |
| 7 | **Standard Condition 7:** Failure to Maintain Employment | 06/01/2020 |
| 8 | **Standard Condition 2:** Failure to Report to Probation Officer as Instructed | 07/01/2020 |

AO 245D       (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case for Revocations
              Sheet 2 – Imprisonment

Judgment – Page **3** of **3**

DEFENDANT:         Christopher A Pryor
CASE NUMBER:    2:15CR20014 - 001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>14 months</u>.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal