AO 245D   (Rev. 09/19 – DKS 04/20) Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

Judgment – Page **3** of **3**

DEFENDANT:      Christopher A Pryor
CASE NUMBER:   2:15CR20014 - 001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
<u>14 months</u>.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

    ☐ at ___ on ___.

    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before ___ on ___.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

Defendant delivered on 1/21/21 to FCI ERE,
El Reno, Oklahoma.   St. Grant
Warden
CSO